U.S. DISTRICT OF LOUISIANA
WESTERN DISTRICT RECEIVED
JAN 30 2009
ROBERT _____ CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID JONES<br>    LDOC #524518<br>VS.<br><br>TIM GRAVES, WARDEN | CIVIL ACTION NO. 08-1349<br><br>SECTION P<br><br>JUDGE DRELL<br>MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITHOUT PREJUDICE** because petitioner failed to exhaust available state court remedies prior to filing his federal petition.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 29th day of JANUARY, 2009.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**